CRIMINAL COURTROOM MINUTES - PTC

CASE NO: 07-CR-159-C-02   CASE NAME: USA v. Leonard Thompson
JUDGE: Crocker   CLERK: Jacobson   DATE: 1/24/08   DAY: Thurs.
APPEARANCES: GOVERNMENT BY: Elan Graber
              DEFENDANT BY: Bill Jones

Reporter: Swenson

DEFENDANT PRESENT:  (X) YES  ( ) NO
EXCUSED BY COURT:   ( ) YES  ( ) NO

MOTIONS FILED: (X) YES  ( ) NO
DOCKET NO:   DESCRIPTION:                                   *STATUS:

| Docket No. | Description / Status |
|---|---|
| 58 | DAU |
| 59 | DAU |
| 60 | D |
| 61 | DAU |
| 62 | DAU |
| 63 | D |
| 64 | GIP, DIP |
| 65 | G |
| 66 | briefing set |

Gout. expert discl. due 2/19/08; deft due 3/3/08

*DAU (DENIED AS UNNECESSARY)   *GIP (GRANTED IN PART)

TRIAL ESTIMATE: _____   TRIAL DATE: _____
BRIEFING SCHEDULE: initial brief due 2/12/08; response due 2/19/08; reply due 2/26/08.
START TIME: 1:10   END TIME: 1:45   TOTAL TIME: 35"
                                    TAPE NO: _____
                                    COUNTER NO: _____